THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Michael Anthony
 Rednour, Robert Ray Rednour, Bradford James Rednour, Rodney Jay Rednour, and
 Nancy Davis Rednour, Respondents,
 
 
 

v.

 
 
 
 Catherine Grigg
 Rednour, Appellant.
 
 
 

Appeal From Cherokee County
J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No.  2012-UP-021  
 Submitted January 3, 2012  Filed January
25, 2012

AFFIRMED

 
 
 
 J. Edwin McDonnell, of Spartanburg, for
 Appellant.
 Michael Dean Hamrick, of Spartanburg, for
 Respondents.
 
 
 

PER CURIAM: Catherine
 Grigg Rednour (Wife) appeals the trial court's finding of ouster and award of
 fair use rental value to Michael Anthony Rednour, Robert Ray Rednour, Bradford
 James Rednour, Rodney Jay Rednour, and Nancy Davis Rednour (collectively
 Children).  Wife argues the trial court erred in finding ouster because the
 only evidence presented was her exclusive possession of the property. 
 Furthermore, Wife argues the trial court erred in awarding rental value when
 the partitioned property was never income producing.  Wife failed to appeal the
 trial court's additional ruling that "[e]ven if ouster had not occurred,
 equity would require compensation to the [Children] for the loss of use of the
 residence due to [Wife's] exclusive usage of the house since 2001."  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  Jones v. Lott, 387
 S.C. 339, 346, 692 S.E.2d 900, 903 (2010) ("Under the two issue rule,
 where a decision is based on more than one ground, the appellate court will
 affirm unless the appellant appeals all grounds because the unappealed ground
 will become the law of the case." (citing Anderson v. Short, 323
 S.C. 522, 525, 476 S.E.2d 475, 477 (1996))).
AFFIRMED.
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.